UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MADISON AREA REHABILITATION CENTER, INC., *a Wisconsin corporation*,<br><br>    Plaintiff,<br><br>vs.<br><br>DAY ONE FORMAL WEAR, INC., *a Wisconsin corporation*; NFW ENTERPRISES, INC., *a Wisconsin corporation;* ABC Insurance Company; DEF Insurance Company;<br><br>    Defendants. | Civil Action No. 21-cv-166 |

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT NFW ENTERPRISES, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Madison Area Rehabilitation Center, Inc. ("MARC"), by its attorneys, Davis & Kuelthau, s.c., hereby voluntarily dismisses this action against Defendant, NFW Enterprises, Inc., with prejudice and without costs or fees to any party.

Dated:   6/21/21

By:   *s/M. Andrew Skwierawski*
Ted A. Warpinski (WI SB #1018812)
DAVIS & KUELTHAU, s.c.
318 South Washington Street, Suite 300
Green Bay, WI 54301
T: 920-431-2236
E: TWarpinski@dkattorneys.com

M. Andrew Skwierawski (WI SB#1063902)
DAVIS & KUELTHAU, s.c.
111 East Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
T: 414-276-0200
E: askwierawski@dkattorneys.com

N:\DOCS\88843\00001\14591832