# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MADISON AREA REHABILITATION CENTER, INC., *a Wisconsin corporation*, <br><br> Plaintiff, <br><br> vs. <br><br> DAY ONE FORMAL WEAR, INC., *a Wisconsin corporation*; NFW ENTERPRISES, INC., *a Wisconsin corporation;* ABC Insurance Company; DEF Insurance Company; <br><br> Defendants. | Civil Action No. 21-cv-166 |

## ENTRY OF DEFAULT AGAINST
## DEFENDANT DAY ONE FORMAL WEAR, INC.

Plaintiff, Madison Area Rehabilitation Center, Inc., by its attorneys, Davis & Kuelthau, s.c., requests that the clerk of court enter default against Defendant Day One Formal Wear, Inc. pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant Day One Formal Wear, Inc. has failed to appear, plead or otherwise defend, the default of Defendant Day One Formal Wear, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 25th day of June, 2021.

s/L. Kamke, Deputy Clerk
Peter Oppeneer, Clerk of Court