IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| MADISON AREA REHABILITATION CENTER, INC., a Wisconsin corporation, | DEFAULT JUDGMENT |
| Plaintiff, | |
| v. | 21-cv-166-jdp |
| DAY ONE FORMAL WEAR, INC., a Wisconsin corporation, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY, | |
| Defendants. | |

---

The defendant Day One Formal Wear, Inc. having failed to appear, plead or otherwise defend in this action, and default having been entered on June 25, 2021, and counsel for plaintiff, Madison Area Rehabilitation Center, having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b). Judgment is hereby entered in favor of plaintiff, Madison Area Rehabilitation Center, and against defendant Day One Formal Wear, Inc. for damages in the amount $1,116,550, consisting of the past and estimated future costs for investigating and remediating the environmental contamination at or around the plaintiff's property.

Entered December 20, 2021.

s/ R. Swanson, Deputy Clerk
_____
PETER A. OPPENEER
Clerk of Court